S. LANE TUCKER
United States Attorney

STEPHAN COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: stephan.collins@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KEVIN GLENN PETERSON,<br><br>　　　　　　Defendant. | No. 3:23-mj-00342-KFR |

**NOTICE OF INTENT TO SEEK DETENTION HEARING**

Comes now the United States of America and advises this Court that it will move for a hearing to determine whether the defendant should be detained pending further proceedings. The government is entitled to a detention hearing when, as here, the defendant is charged with:

- An offense under the Controlled Substances Act or Controlled Substances Import and Export Act, or chapter 705 of Title 46 that carries a maximum term of imprisonment of 10 years or more. 18 U.S.C. § 3142(f)(1)(C).

A defendant shall be detained pending trial where "no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. § 3142(e).

RESPECTFULLY SUBMITTED June 7, 2023 at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s Stephan Collins
STEPHAN COLLINS
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2023 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s Stephan Collins

U.S. v. Peterson
3:23-mj-00342-KFR