AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
JUN 08 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# UNITED STATES DISTRICT COURT
for the
District of Alaska

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:23-mj-00342-KFR |
| Kevin Glenn Peterson | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

Received by U.S. Marshals Service 10:50 June 7, 202[3]

USMS - D/ALASKA - WARRANTS
FID # 11561238
WARRANT # 2306-0607-0440-2
Entered NCIC  NO
Entered APSIN
Removed NCIC
Removed APSIN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Kevin Glenn Peterson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See Attached Affidavit

Date: June 6, 2023

*Issuing officer's signature*

City and state: Anchorage, AK

Magistrate Judge Kyle F. Reardon
*Printed name and title*

---

**Return**

This warrant was received on (date) 06/07/2023, and the person was arrested on (date) 6/7/23
at (city and state) Anchorage, AK.

Date: 6/7/23

For DEA
*Arresting officer's signature*

Stanley Dysm
*Printed name and title*